FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT EDGECOMB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PANDA EXPRESS, a foreign corporation, licensed to do and doing business in the State of Washington,<br><br>Defendant. | No. 2:24-CV-00307-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>ECF No. 22 |

**BEFORE THE COURT** is the parties' stipulated motion for the dismissal of this case, with prejudice, and with each party bearing its own costs and fees. ECF No. 22. Attorney Casey Linane-Booey, IV, represents Plaintiff; Defendant is represented by Edward M. Silverman and Mary W. Cullen.

The Court has reviewed the record and file and is fully informed.

Pursuant to Fed. R. Civ. P. 41(a) and good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case, **ECF No. 22**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorney's fees and costs.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED July 30, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2